**SUPPLEMENT TO CIVIL COVER SHEET SECTION VIII (RELATED CASES)**

A.  The following cases have been filed in the District of Delaware and are hereby identified as related cases:

| RELATED CASES | DATE FILED |
|---|---|
| *Pfizer Inc., et al. v. Zydus Pharmaceuticals (USA) Inc., et al.,* C.A. No. 17-158-GJP (D. Del.) (Consolidated) | 2/14/2017 |
| *Pfizer Inc., et al. v. Ajanta Pharm Ltd., et al.,* C.A. No. 19-517-LPS (D. Del.) | 3/15/2019 |

B.  The below-referenced related cases are being filed on the same date as the subject complaint, and therefore do not yet have civil action numbers or an assigned judge:

| RELATED CASES | DATE FILED |
|---|---|
| *Pfizer Inc., et al. v. Zydus Pharmaceuticals (USA) Inc., et al.,* (D.N.J.) | 2/28/2020 |
| *Pfizer Inc., et al. v. Zydus Pharmaceuticals (USA) Inc., et al.,* (D. Del.) | 2/28/2020 |
| *Pfizer Inc., et al. v. Zydus Pharmaceuticals (USA) Inc., et al.,* (D Del.) | 2/28/2020 |